UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**COLETTE CYWES BENTLEY,**

    **Plaintiff,**

    v.

**ROBERT CYWES,**

    **Defendant.**

Case No. 2:22-cv-4189
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

On September 8, 2025, Defendant Robert Cywes, acting *pro se*, filed with the Court an Emergency Motion for Extension of Time and a Motion for Temporary Stay of Pretrial Deadlines Pending Substitution of Counsel. (ECF No. 98.) Mr. Cywes also emailed the Court a Pro Se Emergency Motion for Extension of Time and Temporary Stay of Pretrial Deadlines Pending Substitution of Counsel (ECF No. 99), a Pro Se Motion to Obtain Electronic Case Filing Rights (ECF No. 100), and a Pro Se Declaration regarding his Motion to Obtain Electronic Case Filing Rights (ECF No. 101). These documents were placed on the docket on September 10, 2025.

"[A] party is not entitled to hybrid representation, *i.e.*, both *pro se* and through counsel." *Novel v. Zapor*, No. 2:14-CV-264, 2015 WL 12733467, at *1 (S.D. Ohio Apr. 22, 2015) (King, M.J.) (collecting cases); *see* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."). On September 8, 2025, the Court reviewed these motions and denied them because Mr. Cywes was still represented by counsel at the time he sent them to the Court. (ECF No. 96, PageID 4288.) Mr. Cywes is still represented by counsel. No further action is needed.

The Clerk is **DIRECTED** to enter as denied Defendant's Emergency Motion for Extension of Time and Motion for Temporary Stay of Pretrial Deadlines Pending Substitution of Counsel. (ECF No. 98), Pro Se Emergency Motion for Extension of Time and Temporary Stay of Pretrial Deadlines Pending Substitution of Counsel (ECF No. 99), and Pro Se Motion to Obtain Electronic Case Filing Rights (ECF No. 100).

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **9/11/2025** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |