# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COLETTE CYWES BENTLEY ,**

    **Plaintiff,**

    v.

**ROBERT CYWES,**

    **Defendant.**

**Case No. 2:22-cv-4189**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on Plaintiff Colette Cywes Bentley's Motion to Compel. (ECF No. 87.) The Parties reported this case settled in October 2025 and filed a Joint Notice of Voluntary Dismissal on November 17, 2025. (ECF No. 146.) In light of the settlement, the Court **DENIES as moot** the Motion to Compel. (ECF No. 87.) The Clerk is directed to close this case.

    IT IS SO ORDERED.

**11/19/2025**
**DATE**

    **s/Edmund A. Sargus, Jr.**
    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**